

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00721-CV

**HARVEY V. RISIEN, LLC** and Harvey V. Risien,
Appellants

v.

**MISSARK INVESTMENTS GP, LLC**, Missark Investments LP, JH Design LP, and GM GP
Management, LLC,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15535
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The parties have filed a Joint Advisory Regarding Abatement of Appeal informing the court that they require a continuation of the abatement of appellate proceedings for an additional two weeks to finalize their settlement agreement. We ORDER this appeal ABATED until March 4, 2019 to permit the parties to finalize their settlement agreement. All appellate deadlines are suspended until March 4, 2019. After March 4, 2019, either appellants, or the parties jointly, must file a motion to dismiss the appeal due to settlement, or if the settlement is not finalized, a motion to reinstate the appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court